IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.                                 Cr. No.  2:25-cr-20189-BCL-002

**CORDERA DOUGLAS**,

      Defendant.

## ORDER ADOPTING REPORT AND RECOMMEDATION

Before the Court is the Report and Recommendation of the United States Magistrate Judge entered on June 1, 2026, recommending that the Court accept Defendant's guilty plea to Count Nine of the Indictment. Doc. 222.

Pursuant to 28 U.S.C. § 636(b)(1) and Defendant Douglas' consent as well as that of the Government, the Magistrate Judge conducted a hearing in accordance with Rule 11 of the Federal Rules of Criminal Procedure and determined that Defendant knowingly, voluntarily, and intelligently entered a plea of guilty and that a factual basis exists for the plea. The Magistrate Judge therefore recommended that the plea be accepted.

The time for filing objections has expired, and no objections have been filed. The Court has reviewed the Report and Recommendation, the transcript of the plea hearing, and the entire record. The Court finds that Defendant's plea was knowingly, intelligently, and voluntarily made, that Defendant understood the nature of the charge(s) and the consequences of the plea, and that there is an adequate factual basis supporting the plea.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety. Defendant's guilty plea is **ACCEPTED**, and Defendant is adjudged guilty of Count Nine of the Indictment.

Sentencing shall be conducted Thursday, October 1st, 2026 at 11:00 AM.

It is so **ORDERED,** this 16th day of June, 2026.


_s/Brian Lea_
**BRIAN C. LEA**
**UNITED STATES DISTRICT JUDGE**